No. 777. REPUBLIC INSURANCE Co. *v.* BUTTS. April 12, 1943. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. J. L. Shook* for petitioner.